RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
richardmacbridelaw@gmail.com
Attorney for Plaintiff Oscar Ramos

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Oscar Ramos,

          Plaintiff,

Vs.

United Food Mart, Inc., et al.,

          Defendants.

Case Number 25-6907 PHK

NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE

Plaintiff Oscar Ramos, through his attorney of record, Richard A. Mac Bride, hereby provides notice of voluntary dismissal with prejudice of this matter as against all defendants and as to all causes of action, and requests that the clerk of the Court enter the appropriate notation on the Court's docket.

Law Offices of Richard A. Mac Bride

By: Richard A. Mac Bride /s/ Richard A. Mac Bride

Attorney for Plaintiff Oscar Ramos

September 15, 2025

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE  – 25-6907 PHK

-1-